EUGENE KILLIAN, JR. *
RYAN MILUN **
LEA A. VENTI



\* MEMBER NJ & NY BAR
\*\* MEMBER NJ & CA BAR

# THE KILLIAN FIRM, P. C.
ATTORNEYS AT LAW

April 18, 2011

Denied

SO ORDERED: [signature] Peter G. Sheridan
DATED: 4/25/11

**VIA ECF**
Hon. Peter G. Sheridan, U.S.D.J.
Clarkson S. Fisher Building and U.S. Courthouse
Courtroom 7W
402 East State Street
Trenton, New Jersey 08608

Re:   Kaplan & Levinson, P.C. v. Pallante, Docket No.: 09-cv-1534 (PGS) (ES)

Dear Judge Sheridan:

We represent the defendants in this matter. Currently pending before Your Honor is plaintiff, Kaplan & Levinson's ("K&L") motion for entry of a judgment in the amount of $100,010. On April 5, 2011, we received an electronic notice from the Court that a proof hearing on the pending motion will be held on April 26, 2011. We are writing this letter to request that the proof hearing be adjourned. Our client, Mr. Pallante, will be required to travel from Canada, where he resides, to appear at the proof hearing and unfortunately, due to Mr. Pallante's extensive travel schedule related to his various business and personal endeavours, he is not available on April 26, 2011. We propose the following alternate dates for the proof hearing:

- May 17-19, 2011 or
- June 7-9, 2011

This request for a brief adjournment has been discussed with opposing counsel and he has informed me that he is not available on May 17-19, 2011 and that he will not consent to the adjournment to June 2011. Unfortunately however, my client's availability during this time of year is quite limited and so we therefore request that despite plaintiff's protestations the Court grant the brief adjournment. In the alternative, my client has informed me that he could make himself available by telephone on April 26, 2011 at the scheduled hearing time.

Respectfully submitted,
**THE KILLIAN FIRM, P.C.**

By: _____
Ryan Milun

cc: Steven Kaplan, Esq. (via ecf)

555 ROUTE 1 SOUTH, SUITE 430 • ISELIN, NEW JERSEY 08830 • TEL: 732.912.2100 • FAX: 732.912.2101
14 WALL STREET, 20TH FLOOR • NEW YORK, NEW YORK 10005 • TEL: 212.618.1409 • FAX: 212.618.1705